

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jul 31 04:07:15 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LEARNING FOR LIFE OFFICIAL DISTRIBUTOR EST. 1991 |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: DECALS. FIRST USE: 20011001. FIRST USE IN COMMERCE: 20011001 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.05.02 - Children depicted in silhouettes or profiles of children; Silhouettes of children<br>07.03.01 - Skyscrapers<br>07.03.25 - Aquariums (buildings); Convention hall; Hospitals; Libraries, public libraries; Schools; Wash, car (commercial)<br>07.11.09 - Brick walls; Fences (including barbed wire and chain link); Garden equipment, fencing; Gates; Walls<br>26.01.20 - Circles within a circle |
| **Serial Number** | 76321478 |
| **Filing Date** | October 4, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 9, 2002 |
| **Registration Number** | 2835007 |
| **Registration Date** | April 20, 2004 |
| **Owner** | (REGISTRANT) Learning For Life, Inc. NON-PROFIT CORPORATION D.C. 1325 West Walnut Hill Lane P.O. Box 152079 Irving TEXAS 750152079 |
| **Attorney of Record** | Richard C. Woodbridge |
| **Prior Registrations** | 1745316 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EST. 1991" or "OFFICIAL DISTRIBUTOR" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of the wording "Learning for Life Official Distributor Est. 1991" and the design of students in front of a learning institute. |
| **Type of Mark** | TRADEMARK |

**Register**          PRINCIPAL
**Live/Dead Indicator**   LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 31 04:07:15 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# LEARNING FOR LIFE

| | |
|---|---|
| **Word Mark** | LEARNING FOR LIFE |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Books for educational use in the fields of character development, self esteem, ethical values, social skills, life skills, academic skills, good citizenship, and physical fitness; and ancillary printed materials, namely, posters, charts, certificates and stickers. FIRST USE: 19910000. FIRST USE IN COMMERCE: 19910000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78914591 |
| **Filing Date** | June 22, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 13, 2007 |
| **Registration Number** | 3237004 |
| **Registration Date** | May 1, 2007 |
| **Owner** | (REGISTRANT) Learning For Life, Inc. NON-PROFIT CORPORATION D.C. 1325 W. Walnut Hill Ln. P.O. Box 152079 Irving TEXAS 750152079 |
| **Attorney of Record** | Richard C. Woodbridge, Esq. |
| **Prior Registrations** | 1745316;2835007 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jul 31 04:07:15 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# LEARNING FOR LIFE

| | |
|---|---|
| **Word Mark** | LEARNING FOR LIFE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: DISTRIBUTORSHIP SERVICES IN THE FIELD OF BOOKS FOR EDUCATIONAL USE AND RELATED PRINTED MATERIALS. FIRST USE: 19990000. FIRST USE IN COMMERCE: 19990000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77197854 |
| **Filing Date** | June 5, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Learning for Life, Inc. NON-PROFIT CORPORATION D.C. P.O. Box 152079 1325 W. Walnut Hill Lane Irving TEXAS 750152079 |
| **Attorney of Record** | Lisa B. Lane |
| **Prior Registrations** | 1745316;3237004 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=qnc353.2.1   7/31/2007

# EXHIBIT C

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                  1026
        RECIPIENT ADDRESS         18642337342
        DESTINATION ID
        ST. TIME                  07/29 16:12
        TIME USE                  00'48
        PAGES SENT                4
        RESULT                    OK
```

ALEXIS BARRON
JOSEPH F. POSILLICO
BRYNA S. SILVER
GARY A. HECHT
THEODORE NACCARELLA
LISA B. LANE
STEPHEN J. DRISCOLL
JOSHUA R. SLAVITT
MARK D. SIMPSON
PATRICK J. KELLY, PH.D.
JOHN A. CHIONCHIO, P.E.
GREGORY S. BERNABEO

CHARLES H. LINDROOTH
MARTIN F. SAVITZKY
OF COUNSEL

PAUL SYNNESTVEDT (1897-1950)
HARVEY LECHNER (1909-1954)



# SYNNESTVEDT & LECHNER LLP

*Intellectual Property Law*

July 29, 2006

GENE J. YAO
MARILOU E. WATSON
JIMMIE D. JOHNSON
JOSEPH D. ROSSI
*COZETTE M. McAVOY
MARC S. SEGAL
JONATHAN M. DERMOTT, PH.D.

PETER D. MLYNEK, PH.D.
JOHN R. BRANCOLINI

PATENT AGENTS

*ADMITTED ONLY IN NY

James M. Bagarazzi, Esquire
Dority & Manning, P.A.
One Liberty Square
55 Beattie Place, Suite 1600
Greenville, SC  29601

Fax of 4 pages to 864-233-7342

RE: Learning for Life, Inc. v. Bob Jones University, Inc.
Opposition No. 91167163
S&L File No. L32018

Dear Jim:

Thank you for your letter dated July 21, 2006 with your expert's report (received here on July 26, 2006). As I noted previously, we have had difficulty with our schedules. We are attempting to provide suitable dates for the deposition of Ms. Pendelton between the second and fourth weeks of August, and should have the dates to you early next week. We have served to you a Fed. R. Civ. P. 30(b)(6) notice of deposition which sets forth a start date for taking a 30(b)(6) deposition of BJU. I would like to coordinate our deposition with your deposition to minimize travel, assuming that both will be conducted in South Carolina.

We expect to be able to provide the three additional items you requested to you some time next week.



| | | |
|---|---|---|
| ALEXIS BARRON<br>JOSEPH F. POSILLICO<br>BRYNA S. SILVER<br>GARY A. HECHT<br>THEODORE NACCARELLA<br>LISA B. LANE<br>STEPHEN J. DRISCOLL<br>JOSHUA R. SLAVITT<br>MARK D. SIMPSON<br>PATRICK J. KELLY, PH.D.<br>JOHN A. CHIONCHIO, P.E.<br>GREGORY S. BERNABEO<br><br>CHARLES H. LINDROOTH<br>MARTIN F. SAVITZKY<br>OF COUNSEL<br><br>PAUL SYNNESTVEDT (1897-1950)<br>HARVEY LECHNER (1909-1954) | **SYNNESTVEDT & LECHNER LLP**<br><br>*Intellectual Property Law*<br><br>July 29, 2006 | GENE J. YAO<br>MARILOU E. WATSON<br>JIMMIE D. JOHNSON<br>JOSEPH D. ROSSI<br>*COZETTE M. McAVOY<br>MARC S. SEGAL<br>JONATHAN M. DERMOTT, PH.D.<br><br>PETER D. MLYNEK, PH.D.<br>JOHN R. BRANCOLINI<br>PATENT AGENTS<br><br>*ADMITTED ONLY IN NY |

James M. Bagarazzi, Esquire
Dority & Manning, P.A.
One Liberty Square
55 Beattie Place, Suite 1600
Greenville, SC 29601

Fax of 4 pages to 864-233-7342

  RE: Learning for Life, Inc. v. Bob Jones University, Inc.
      Opposition No. 91167163
      S&L File No. L32018

Dear Jim:

  Thank you for your letter dated July 21, 2006 with your expert's report (received here on July 26, 2006). As I noted previously, we have had difficulty with our schedules. We are attempting to provide suitable dates for the deposition of Ms. Pendelton between the second and fourth weeks of August, and should have the dates to you early next week. We have served to you a Fed. R. Civ. P. 30(b)(6) notice of deposition which sets forth a start date for taking a 30(b)(6) deposition of BJU. I would like to coordinate our deposition with your deposition to minimize travel, assuming that both will be conducted in South Carolina.

  We expect to be able to provide the three additional items you requested to you some time next week.

  Your expert's report was delivered to us on July 26, 2006. We expect to be noticing discovery on this shortly.

  Please let me know if BJU is interested in a stipulation to make the discovery of record, e.g., the documents obtained through document requests, with a suitable reserve of rights to challenge any stipulated matter.

  We recently obtained an advertisement that displays your client's Learning For Life mark, but which was not produced to us in response to discovery requests. We note that it is a little different from the documents you provided, e.g., the registered

SYNNESTVEDT & LECHNER LLP

James M. Bagarazzi, Esq.
July 29, 2006
Page 2

trademark notice ® is used with the mark. A copy of the magazine cover and an advertisement from the magazine is attached. We intend to inquire about this in our upcoming deposition.

Finally, in your previous e-mail, you noted that your client does not wish to extend the opposition schedule. Nevertheless, due to our present schedule, we intend to move for a 30 day extension of time. Please let me know if you will consent to the extension or will oppose so that we can notify the Board either way.

Very truly yours,

Gary A Hecht

GAH/sve

Enclosure
S:\B\BOY SCOUTS OF AMERICA\Litigation\L32018\Correspondence\2006-07-28 Ltr to Bagarazzi re Interrogatories.doc

# The Virginia Home Educator

Volume 12, Issue 2

⌂ Home Educators Association of Virginia News Magazine



Home Educators Association of Virginia

HOME EDUCATION:
*A Lifestyle of Learning*
June 8, 9, 10, 2006
Richmond Convention Center

**Getting the Most Out of a Homeschooling Conference**

**Families Mentoring Families**

**Making the Most of the Preschool Years**

**How to Have a Presence in Your Absence**

**Blindly Believing in Evolution**

**Taking Responsibility**



CONVENTION INFORMATION INSIDE

# Homeschooling
## any way you want it

**1** **Textbooks**
Parent-friendly. Adaptable to your student's learning style. Making the grade around the world. Textbooks simply don't come any better.

**2** **Satellite**
Access **all** classes and **all** grades for the whole family. Special programs, workshops, dramas, fine arts, and more! For one low price.

**3** **DVD**
Flexible. Convenient. Portable. Adaptable. Uses standard DVD player (TV or computer). **Textbooks included.**

BJU PRESS
*Learning for Life*

# EXHIBIT D

| | UNITED STATES PATENT AND TRADEMARK OFFICE<br>Trademark Trial and Appeal Board<br>P.O. Box 1451<br>Alexandria, VA 22313-1451 |

Tyson

Mailed: October 25, 2006

Opposition No. 91167163

Learning For Life, Inc.

v.

BOB JONES UNIVERSITY, INC.

    On October 6, 2006, applicant filed an abandonment of its application Serial No. 76416682.

    Trademark Rule 2.135 provides that if, in an inter partes proceeding, the applicant files an abandonment without the written consent of every adverse party to the proceeding, judgment shall be entered against applicant.

    In view thereof, and because opposer's written consent to the abandonment is not of record, judgment is hereby entered against applicant, the opposition is sustained and registration to applicant is refused.

*By the Trademark Trial and Appeal Board*

# EXHIBIT E



Site Map
Articles on Testing & Education

our test scores    critical thinking    biblical integration    a love of learning



Good test scores. With interest.
Because you know a real education
goes beyond test scores.
(click for more information)

# "More than just test scores"



find out more...



find out more...

At BJU Press, we're convinced that test scores can go only so far in measuring a student's understanding of the world in which he lives. Since we published our first textbook in 1974, we've been committed to an educational philosophy of giving students more than just good test scores—giving them the tools to succeed in life, in work, and in their witness.

Find out more about...
- how BJU Press measures up in achievement tests,
- why critical thinking is so crucial to learning,
- the advantage of Christian textbooks,
- why a love of learning must undergird good education,
- or what tests really can tell you.

Copyright © 2006 BJU Press.                                    Contact us

http://www.hightestscores.com/                                7/31/2007



# Spanish
## for elementary students

**NEW!**

**Pasaporte al español**

### Total Recall and Total Comprehension

- Encourages interactive teaching
- Provides helps for non-fluent teachers
- Teaches Bible truths and builds study habits
- Uses a flexible two-lesson-per-week format
- Meets the standards of the ACTFL:

| Communication | Comparisons |
| Cultures | Communities |
| Connections | |

**BJU PRESS**
*Learning for Life*

www.bjupress.com  1.800.845.5731

*Call for a free catalog.*
**1.800.845.5731**
*www.bjupress.com*



029397

%JS 44 (Rev. 11/0?) **ORIGINAL** **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LEARNING FOR LIFE, INC.

## DEFENDANTS
BOB JONES UNIVERSITY, INC.

(b) County of Residence of First Listed Plaintiff  DALLAS, TEXAS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  GREENVILLE, SC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED AUG 31 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
James M. McCown, 15851 Dallas Parkway, Suite 800

Attorneys (If Known)

**307-CV1491-N**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. section 1114
Brief description of cause:
TRADEMARK INFRINGEMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE n/a  DOCKET NUMBER

DATE 8/31/2007  SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____