ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
By _____ SKS
Deputy

| | |
|---|---|
| LEARNING FOR LIFE, INC., | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | JURY TRIAL DEMANDED |
| BOB JONES UNIVERSITY, INC., | 307-CV1491-N |
| Defendant. | COMPLAINT |

## PLAINTIFF'S RULE 7.4 DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

Plaintiff submits the following list of interested parties known to them to potentially have a financial interest in this lawsuit pursuant to Local Rule 7.4:

1. Learning for Life, Inc.;

2. Boy Scouts of America, Inc.; and,

3. Bob Jones University, Inc.

Respectfully submitted,

NESBITT, VASSAR, McCOWN and RODEN, L.L.P.
15851 Dallas Parkway, Suite 800
Addison, Texas 75001
(972) 371-2411
(972) 371-2410 - Telecopier

By: _____
James M. McCown
State Bar No. 00788002
jmccown@nvmlaw.com

OF COUNSEL:
(pro hac vice application pending)

Gary A. Hecht ghecht@synnlech.com
Joseph F. Posillico jposillico@synnlech.com
Marc S. Segal msegal@synnlech.com
Synnestvedt & Lechner LLP
1101 Market Street, Suite 2600
Philadelphia, PA 19107-2950
(215) 923-4466

ATTORNEYS FOR PLAINTIFF LEARNING FOR LIFE, INC.