AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____TEXAS_____

LEARNING FOR LIFE, INC.

V.

BOB JONES UNIVERSITY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**307-CV1491-N**

TO: (Name and address of Defendant)

BOB JONES UNVERSITY, INC.
1700 WADE BOULEVARD
GREENVILLE, SOUTH CAROLINA 29614

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES M. McCOWN
NESBITT, VASSAR, McCOWN & RODEN, LLP
15851 DALLAS PARKWAY, SUITE 800
ADDISON, TEXAS 75001

an answer to the complaint which is served on you with this summons, within ____TWENTY (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

AUG 3 1 2007

CLERK

_Shakevia K. Judd_
(By) DEPUTY CLERK

DATE

Iss-1