ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

FILED
SEP 19 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| __LEARNING FOR LIFE, INC.__, § | |
| **Plaintiff** § | |
| § | 3:07-CV1491-N |
| v. § | **Case Number** |
| § | |
| __BOB JONES UNIVERSITY__, § | |
| **Defendant** § | |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of) __Synnestvedt & Lechner LLP__, with offices at _____1101 Market Street, Suite 2600_____,
(Street Address)

__Philadelphia__, __PA__, __19107__, __215-923-4466__.
(City)        (State)    (Zip Code)    (Telephone No.)

II.  Applicant will sign all pleadings with the name _____Joseph F. Posillico_____.

III. Applicant has been retained personally or as a member of the above-named firm by

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____Pennsylvania_____, where Applicant regularly practices law.

Bar license number: _____45189_____    Admission date: _____November 26, 1985_____.

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attachment | Please see attachment | Please see attachment |
| | | |
| | | |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application           Case No. And Style

_____     _____
_____     _____

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is _____James M. McCown_____ who has offices at Nesbitt, Vassar, McCown & Roden, LLP, 15851 Dallas Pkwy, Suite 800, Addison, TX 75001,
        (Address)
_____(972) 371-2411_____.
(Telephone No.)

XI.  Check the appropriate box below.

   For Application in a **Civil Case**

   ☑ .  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   ☐  Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ____7____ day of _____September_____, 20__07__.



                                              Joseph F. Posillico
                                         Printed Name of Applicant

                                         Signature

     I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __12__ day of __September__, __2007__.

                                         Printed Name of Applicant

                                         Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

    [X]   the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

    [ ]   the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

____9/17/07____                                    _____
DATE                                                        JUDICIAL OFFICER

V. Applicant has been admitted to Practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| District Court of Pennsylvania | 9/23/86 | Active |
| Supreme Court of PA | 11/26/85 | Active |
| Supreme Court of NJ | 2/2/87 | |
| Court of Appeals Federal Circuit | 9/15/93 | Active |
| Court of Appeals Second Circuit | 2001 | Active |
| Court of Appeals Third Circuit | 8/9/96 | Active |

3:07cv 1491-N
PHV Fee Paid
Joseph F. Posillico