UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEARNING FOR LIFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOB JONES UNIVERSITY, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:07-CV1491-N |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through counsel, hereby dismisses the above captioned action without prejudice.

Respectfully submitted,

/s/
James M. McCown
State Bar No. 00788002
NESBITT, VASSAR, McCOWN and
RODEN, L.L.P.
15851 Dallas Parkway, Suite 800
Addison, Texas 75001
(972) 371-2411
(972) 371-2410 - Telecopier
Attorneys for Plaintiff
Learning for Life, Inc.

OF COUNSEL:

Gary A. Hecht
Joseph F. Posillico
Marc S. Segal
Synnestvedt & Lechner LLP
1101 Market Street, Suite 2600
Philadelphia, PA 19107-2950
(215) 923-4466

**NOTICE OF DISMISSAL – Page Solo**